IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-789-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by K. Alan Parry, concerning Gary Sorden, on January 24, 2017. Mr. Sorden seeks to appear as counsel *pro hac vice* for Plaintiff Eyetalk365, LLC. Upon review and consideration of the motion, the motion will be <u>denied without prejudice</u>. The Court has recently updated the form and requirements for *pro hac* vice admission. Plaintiff should review the information regarding special admissions on the Court website.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: January 24, 2017

David C. Keesler
United States Magistrate Judge