# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-789-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZMODO TECHNOLOGY CORPORATION ) | |
| LIMITED, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 22) filed by Edward Cole, concerning Thomas Pasternak, on February 2, 2017. Mr. Pasternak seeks to appear as counsel *pro hac vice* for Defendant Zmodo Technology Corporation Limited. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 22) is **GRANTED**. Thomas Pasternak is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 2, 2017

David C. Keesler
United States Magistrate Judge