**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-789-FDW-DCK**

| | | |
|---|---|---|
| **EYETALK365, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ZMODO TECHNOLOGY CORPORATION** | ) | |
| **LIMITED,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 23) filed by Edward Cole, concerning John M. Schafer, on February 2, 2017. Mr. Schafer seeks to appear as counsel *pro hac vice* for Defendant Zmodo Technology Corporation Limited. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 23) is **GRANTED**. John M. Schafer is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 2, 2017

David C. Keesler
United States Magistrate Judge